IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WELTON JAMES WATSON, II                                                           PLAINTIFF

V.                                       Civil No. 4:12-cv-4028

SHERIFF RON STOVALL;
WILLIAM FLOYD; MARTY
BRAZELL; NADIA BROWN;
and CORRECTIONAL HEALTHCARE
COMPANY                                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 5, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 41). Judge Bryant has reviewed Plaintiff's Motion for Preliminary Injunction (ECF No. 15) and recommends denying the motion. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Plaintiff's motion should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 2nd day of January, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge